AO91 (Rev. 12/03) Criminal Complaint    **FELONY**    AUSA    United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*February 18, 2021*

Southern District Of Texas Brownsville Division    Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Mario RUELAS-Herrera
A097 469 484 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:21-MJ-247

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 16, 2021 in Cameron County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on February 16, 2021. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 5, 2005. The defendant was convicted of Burglary First Degree on Janurary 5, 2005. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $20 US dollars and 1600 Mexican pesos in his possession at time of his arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Flores, Hector    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 18, 2021    at    Brownsville, Texas
Date                          City/State

Ignacio Torteya III    U.S. Magistrate Judge
Name of Judge           Title of Judge

Signature of Judge